UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **13-1879**

Griswold, et al. v. Coventry First LLC, et al.
(E.D. Pa. No. 10-cv-05964)

**ORDER**

After consideration of the responses filed by the parties, this appeal will not be submitted to a motions panel for possible dismissal due to jurisdictional defect at this time. The issue of jurisdiction is referred to the merits panel. See Third Circuit Internal Operating Procedure 10.3.5. The parties are advised that this Order does not represent a finding of appellate jurisdiction in this matter. As in all cases, the panel of this Court that reviews the appeal on its merits will make a final determination of appellate jurisdiction. A briefing schedule will be issued. The parties should address jurisdiction in their briefs.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated:  May 3, 2013
JK/cc:  All Counsel on Record